In the Matter of the Selection and Appointment of an Umpire in a Controversy between FULTON FIRE INSURANCE COMPANY, Respondent, and UNITED BOAT SERVICE CORPORATION, Appellant. HYMAN FRIED, as Umpire, Respondent. — Order unanimously modified so as to fix umpire's fee at $1,500, one half of

which is to be paid by the appellant. Considering all the facts and circumstances, the amount allowed was, in our opinion, excessive. Settle order on notice. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.